United States District Court
Southern District of Texas

**ENTERED**

July 05, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR SANCHEZ AND, IVONE SANCHEZ | § § § | |
| Plaintiffs, | § § | |
| vs. | § § § | CIVIL ACTION NO. 4:17-cv-00071 |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS, | § § § | **(JURY)** |
| Defendant. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the Joint Dismissal With Prejudice of Plaintiffs, Arthur Sanchez and Ivone Sanchez, and Defendant, Metropolitan Lloyds Insurance Company of Texas, requesting a dismissal of the Plaintiffs' claims with prejudice against Defendant Metropolitan Lloyds Insurance Company of Texas. The Court, after having considered the Joint Stipulation of Dismissal With Prejudice, and the pleadings on file herein, is of the opinion that same should be grated.

IT IS THEREFORE ORDERED that all of Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

Signed this 5th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE